United States District Court
Southern District of Texas
**ENTERED**
February 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEATHER HANNA | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-03912 |
| | § | |
| WELLS FARGO BANK, N.A. | § | |

## ORDER GRANTING JOINT STIPULATION TO
## ARBITRATE CLAIMS AND REQUEST FOR DISMISSAL

Having reviewed the Joint Stipulation to Arbitrate Claims and Request for Dismissal (doc. 8) filed by Plaintiff, Heather Hanna, and Defendant, Wells Fargo Bank, N.A., the Court orders that (a) the above-captioned matter is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the matter is to proceed in arbitration; (b) the arbitration shall be conducted through the American Arbitration Association ("AAA"); and (c) Plaintiff will initiate arbitration with the AAA according to the Rules set forth by the AAA.

SO ORDERED.

SIGNED on February 9th, 2018.

_____
Hon. Melinda Harmon
UNITED STATES DISTRICT JUDGE

**ORDER – SOLO PAGE**