# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| HEATHER HANNA, | ) |
| Plaintiff, | ) Case No.: 4:17-cv-03912 |
| v. | ) |
| WELLS FARGO BANK, N.A., | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, HEATHER HANNA ("Plaintiff"), and Defendant, WELLS FARGO BANK, N.A., ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: May 31, 2018

Respectfully Submitted,

By:/s/ Adam T. Hill
Adam T. Hill, Esq.
ahill@consumerlawcenter.com
KROHN & MOSS, LTD.
10 N. Dearborn Street, 3rd Floor
Chicago, IL 60602
T: (312) 578-9428 ext 242
F: (866) 861-1390

ATTORNEY FOR PLAINTIFF

Dated: May 31, 2018						Respectfully Submitted,

							By:/s/ James Brian Vanderwoude
							James Brian Vanderwoude
							Dorsey & Whitney LLP
							300 Crescent Ct., Suite 400
							Dallas, TX 75201
							Tel: 214-981-9953
							Fax: 214-981-9901

							ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2018, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Stipulation was submitted to all parties by way of the Court's CM/ECF System

/s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff